| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- | --- |
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

ANDRE SCOTT,            )
                        )
        Plaintiff,      )
                        )
    v.                  )
                        )
UNLIMITED ADVACARE, INC., )
d/b/a ADVACARE SYSTEMS, )
                        )
        Defendant.      )

## COMPLAINT

Plaintiff alleges against Defendant as follows:

1. Plaintiff is Andre Scott, a qualified African American/Black employee of Defendant, who at all times material to this Complaint performed within the reasonable expectations of his employer. Plaintiff alleges that he was discriminated against and retaliated against on the basis of his race/color (African American/Black) in violation of his rights pursuant to 42 U.S.C. § 2000e *et seq.* ("Title VII").

2. The Defendant is Unlimited AdvaCare Inc., (d/b/a AdvaCare Systems), a company doing business at 2705 Camino Court, Fort Wayne, IN 46808. Defendant's principal office is located at 2939 N. Pulaski Rd. Chicago, IL 60641 and its registered agent is Larry Feldman, 2211 Massachusetts Ave. Indianapolis, IN 46278

3. Defendant is an "employer" for the purposes of Title VII.

4. Plaintiff filed his Charge of Discrimination on or about January 31, 2023, with the Equal Employment Opportunity Commission ("EEOC"), a copy of which is attached hereto,

–1–

incorporated herein, and made a part hereof as "Ex. A." The EEOC issued its Determination and Notice of Rights on July 30, 2023, a copy of which is attached hereto and made a part hereof as "Ex. B." All jurisdictional prerequisites have been met, and all administrative remedies have been exhausted for the filing of this Complaint.

5. Plaintiff worked for Defendant from approximately February 2022 until his termination on or about November 14, 2022.

6. Plaintiff's job title at the time of his termination was "warehouse assistant." Plaintiff is not aware of any other African American/Black employees at the location where Plaintiff worked.

7. Near the end of Plaintiff's employment with Defendant, Plaintiff was told the company was on a raise freeze and he would not be receiving a raise this year, however Plaintiff is aware of at least two (2) non-black employees that received raises. Specifically, Chris Carpenter, a white employee, and the warehouse manager, a white employee, received a raise.

8. After not receiving a raise, Plaintiff requested his review from his manager, Cassandra Carpenter, and was told his review would be e-mailed to him, however Plaintiff never received a copy of his review.

9. When Defendant failed to provide Plaintiff with a raise or a copy of his review, Plaintiff made a complaint to Cassandra Carpenter that he was receiving unfair treatment and that he was being discriminated against.

10. The week after complaining to Ms. Carpenter of discrimination, Plaintiff was terminated from his employment with Defendant, and the proffered reason was Plaintiff's "attitude."

–2–

11. Plaintiff contends that the proffered reason for his termination was false and pretextual, and instead his termination was discriminatory and retaliatory because he had spoken up and complained of discrimination.

12. Plaintiff alleges his lack of a raise and subsequent termination was the direct and proximate cause of Plaintiff suffering the loss of income, job-related benefits, and other damages and injuries such as emotional distress, embarrassment, humiliation, and mental anguish. Plaintiff seeks compensatory damages, including reasonable attorney fees and costs.

13. Furthermore, Defendant's discriminatory and retaliatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s).

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CLOSE & HITCHCOCK, LLP**
/s/ Jennifer L. Hitchcock
Jennifer L. Hitchcock, #34635-02
116 E. Berry Street, Suite 300
Fort Wayne, IN 46802
Telephone:   (260) 408-6818
Facsimile:   (260) 498-2655
E-mail:   Jennifer@closehitchcock.com
*Attorney for Plaintiff*

02D01-2309-CT-000639
Allen Superior Court 7
2023-01-31

Filed: 9/19/2023 11:42 AM
Clerk
Allen County, Indiana
US

USDC IN/ND case 1:23-cv-00422-GSL-SLC document 7 filed 09/19/23 page 4 of 6

EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 470-2023-01732 |

Equal Employment Opportunity Commission _____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.)
Andre Scott

**Home Phone** (Incl. Area Code)
260-999-2048

**Date of Birth**
Redacted

**Street Address**     **City, State and ZIP Code**
2809 Capital Ave. Fort Wayne, IN 46806

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**
Unlimited AdvaCare Inc. dba AdvaCare Systems

**No. Employees, Members**
60+

**Phone No.** (Include Area Code)
888-233-7677

**Street Address**     **City, State and ZIP Code**
2705 Camino Court Fort Wayne, IN 46808

**Name**     **No. Employees, Members**     **Phone No.** (Include Area Code)

**Street Address**     **City, State and ZIP Code**

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE    ☒ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☒ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 2/2022     Latest: 11/2022

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. Complainant is Andre Scott, a qualified black employee of Respondent, who at all times material to this Charge performed within the reasonable expectations of his employer. Complainant alleges that he was discriminated against and retaliated against on the basis of his race/color (African American/Black) in violation of his rights pursuant to 42 U.S.C. § 2000e et seq. ("Title VII").

II. The Respondent is Unlimited AdvaCare Inc., (dba AdvaCare Systems), a company doing business at 2809 Capital Ave. Fort Wayne, IN 46806. Respondent's principal office is located at 2939 N. Pulaski Rd. Chicago, IL 60641 and it's registered agent is Benjamin "Travis" Brooks, 2211 Massachusetts Ave. Indianapolis, IN 46201. Respondent is an "employer" for the purposes of Title VII.

III. Complainant worked for Respondent from approximately February 2022 until his termination on or about November 14, 2022.

IV. Complainant's job title at the time of his termination was "warehouse assistant." Plaintiff is not aware of any other African American/Black employees at the location where Complainant worked.

V. Near the end of Complainant's employment with Respondent, Complainant was told the company was on a raise freeze and he would not be receiving a raise this year, however Complainant is aware of at least two (2) non-black employees that received raises. Specifically, Chris Carpenter, a white employee, and the warehouse manager, a white employee, received a raise.

VI. After not receiving a raise, Complainant requested his review from his manager, Cassandra Carpenter, and was told his review would be e-mailed to him, however Complainant never received a

copy of his review.

VII. When Respondent failed to provide Complainant with a raise or a copy of his review, Complainant made a complaint to Cassandra Carpenter that he was receiving unfair treatment and that he was being discriminated against.

VIII. The week after complaining to Ms. Carpenter of discrimination, Complainant was terminated from his employment with Respondent, and the proffered reason was Complainant's "attitude."

IX. Complainant contends that the proffered reason for his termination was false and pretextual, and instead his termination was discriminatory and retaliatory because he had spoken up and complained of discrimination.

X. Complainant alleges his lack of a raise and subsequent termination was the direct and proximate cause of Complainant suffering the loss of income, job-related benefits, and other damages and injuries such as emotional distress, embarrassment, humiliation, and mental anguish. Plaintiff seeks compensatory damages, including reasonable attorney fees and costs.

XI. Furthermore, Respondent's discriminatory and retaliatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of Complainant's federally protected rights, warranting an imposition of punitive damages.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1-31-23
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

1-31-2023

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

02D01-2309-CT-000639 Filed: 9/19/2023 11:42 AM Clerk
USDC IN/ND case 1:23-cv-00422-GSL-SLC document 7 filed 09/19/23 page 6 of 6 Allen County, Indiana

EXHIBIT B

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/30/2023

**To:** Andre Scott
2809 Capital
Fort Wayne, IN 46806
Charge No: 470-2023-01732

EEOC Representative and email:   TIFFANY JOURDAN
Enforcement Supervisor
tiffany.jourdan@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2023-01732.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
07/30/2023

Michelle Eisele
District Director